IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | Case No. 23-CR-4019 |
|---|---|
| Plaintiff, | |
| vs. | |
| CASSANDRA VONNAHME, | MOTION TO WITHDRAW |
| Defendant. | |

COMES NOW, undersigned counsel, and hereby makes application to the Court for an order granting counsel's motion to withdraw from this matter and in furtherance and support thereof states the following;

1. Undersigned counsel was retained by Defendant to represent her in the above matter;
2. Defendant has failed to fulfill the financial obligations to the undersigned pursuant to the fee contract entered between the Defendant and Stowers & Nelsen, P.L.C.;
3. Defendant is believed to qualify pursuant to the Criminal Justice Act to have counsel appointed;
4. Defendant requests counsel be appointed through the Criminal Justice Act;

WHEREFORE, undersigned counsel requests the Court enter an order granting this motion to withdraw and appoint counsel to Defendant pursuant to the Criminal Justice Act.

Respectfully Submitted,

STOWERS & NELSEN, PLC
West Glen Town Center
650 South Prairie View Drive, Suite 130
West Des Moines, IA  50266
Telephone: (515) 224-7446
Fax: (515) 225-6215
Email: james@stowersnelsen.com

/s/ *James Nelsen*_____
James Nelsen, AT0005675
Attorney for Defendant
Cassandra Vonnahme


Copy to: Cassandra Vonnahme- via email